IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BILL ADAM SANDERS,

    Petitioner,

vs.                              Civil Action 2:12-cv-0423
                                  Judge Sargus
                                  Magistrate Judge King

WARDEN, CHILLICOTHE CORRECTIONAL
INSTITUTION,

    Respondent.

## ORDER

Petitioner in this action for a writ of habeas corpus under 28 U.S.C. § 2254 challenges his 1995 conviction in the Pickaway County Court of Common Pleas. On May 17, 2012, the United States Magistrate Judge recommended that the action be dismissed as untimely under the provisions of 28 U.S.C. § 2254(d). *Report and recommendation*, Doc. No. 3. Although petitioner was advised of his right to object to the recommendation, and of the consequences of his failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 3, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED** as untimely.

The Clerk shall enter **FINAL JUDGMENT** in this case.

6-8-2012
Date

Edmund A. Sargus, Jr.
United States District Judge