AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BILL ADAM SANDERS,**

        Petitioner,

                               **JUDGMENT IN A CIVIL CASE**

v.

**WARDEN, CHILLICOTHE**         **CASE NO. C2-12-0423**
**CORRECTIONAL INSTITUTION,**     **JUDGE EDMUND A. SARGUS, JR.**
                                           **MAGISTRATE JUDGE NORAH MCCANN KING**

        Respondent.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the ORDER filed June 8, 2012, JUDGMENT is hereby entered DISMISSING this action.


Date: June 8, 2012                                   JAMES BONINI, CLERK


                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk